IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAWN HARTLEY-CULP, individually and on behalf of all others similarly situated, | CIVIL ACTION NO. **3:CV-14-0282** |
| Plaintiff | Magistrate Judge Blewitt |
| v. | |
| CREDIT MANAGEMENT COMPANY, | |
| Defendant | |

## ORDER

AND NOW, this 15th day of **September, 2014**, based on the foregoing Memorandum, **IT IS HEREBY ORDERED THAT:**

1. Defendant CMC's Motion to Bifurcate Discovery, or in the alternative, to Stay Proceedings **(Doc. 23)** is **DENIED IN ITS ENTIRETY.**

2. The discovery deadline in this case is extended to **December 29, 2014**, and the deadline for Plaintiff's Motion for Class Certification is extended to **January 12, 2015**.

**THOMAS M. BLEWITT**
**United States Magistrate Judge**

Dated: September 15, 2014

FILED
SCRANTON

SEP 1 5 2014

PER _____
DEPUTY CLERK